AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas Marshall Division__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-01061 | DATE FILED<br>10/23/2025 | U.S. DISTRICT COURT<br>Eastern District of Texas Marshall Division |
|---|---|---|
| PLAINTIFF<br>Kortek Industries Pty Ltd. | | DEFENDANT<br>Shenzhen Sonoff Technologies Co. Ltd. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,465,377 | 10/11/2016 | Kortek Industries Pty Ltd |
| 2 | 9,590,427 | 3/7/2017 | Kortek Industries Pty Ltd |
| 3 | 10,862,313 | 12/8/2020 | Kortek Industries Pty Ltd |
| 4 | 10,429,869 | 10/1/2019 | Kortek Industries Pty Ltd |
| 5 | 11,893,881 | 2/6/2024 | Kortek Industries Pty Ltd |
| 6 | 9,923,376 | 3/20/2018 | Kortek Industries Pty Ltd |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director  **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director  **Copy 4**—Case file copy